

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00453-CV

| | | |
|---|---|---|
| Tom Franklin | § | From the 17th District Court |
| | § | of Tarrant County (17-261505-12) |
| v. | § | July 24, 2014 |
| City of Fort Worth and City of Fort Worth-Code Enforcement | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. The order is modified to replace the phrase "with prejudice" with the phrase "without prejudice." It is ordered that the order of the trial court is affirmed as modified.

It is further ordered that appellant Tom Franklin shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Anne Gardner                               
               Justice Anne Gardner